1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ARTURO GONZALEZ-NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00067 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE |
| | ) |
| ARTURO GONZALEZ-NAVARRO, | ) Date: May 5, 2011 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's May 5, 2011. calendar, at the request of the defense, and be continued until June 9, 2011, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between May 5, 2011, through and including June 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

///

This Continuance is requested in order to further consult and review with Mr. Navarro and with an interpreter the terms of a proposed fast-track plea agreement recently received from the government.

**IT IS SO STIPULATED.**

Dated: May 3, 2011      /S/ Michele M. Beckwith
                        Michele M. Beckwith
                        Assistant United States Attorney
                        Counsel for Plaintiff

Dated: May 3, 2011      /S/ Jeffrey L. Staniels
                        Jeffrey L. Staniels
                        Assistant Federal Defender
                        Counsel for Defendant
                        ARTURO GONZALEZ-NAVARRO


**O R D E R**

**IT IS SO ORDERED.**

Dated: May 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2